UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RYAN RYBICKI, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY ) | |
| ) | |
| ) | |
|    Defendant. ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Ryan Rybicki, by counsel, Melissa A. Davidson, and for his complaint for Damages against Defendants Hartford Life and Accident Insurance Company of America ("Hartford") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Lake County.

2. That Plaintiff was an employee of Target Corporation, where in his capacity as Executive Team Leader, he was a participant in the company sponsored welfare benefit plan.

3. That Defendant, The Hartford, is an insurance company doing business in the State of Indiana.

4. Hartford issued the disability policy for the welfare benefit plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Hartford is a fiduciary of the Plan.

6. Hartford processed and denied Plaintiff's disability claim.

7. Hartford is both the claims adjudicator and payer of this claim.

8. Hartford benefits financially from denying Plaintiff's claim.

9. Hartford has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff became disabled and was forced to stop working on or about May 2, 2012.

12. That Plaintiff applied for long-term disability benefits and was denied benefits on October 5, 2022.

13. Plaintiff administratively appealed the denial of benefits and was denied again on or about May 30, 2023.

14. That Defendant has wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under the policy.

15. Defendant's decision denying disability benefits was arbitrary and capricious.

16. That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due him and has incurred Attorney fees in order to rectify the harm done to him.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendant, with interest, in an amount commensurate with his past due benefits, interest, reinstatement of his benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

        Respectfully submitted,

8/22/2023_____ /s/ Melissa A. Davidson_____
Date         Melissa A. Davidson, #26068-49
        Hankey, Marks and Crider
        429 E. Vermont Street, Suite 200
        Indianapolis, IN   46202
        Ph:  317-599-4111
        Fax:  317-634-9818
        mdavidson@hankeylaw.com